IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | |
|---|---|
| IN RE:<br>GREGORY ALLEN KIATTA, JR.,<br><br>　　　　　DEBTOR, | CHAPTER   13<br><br>CASE NO.   24-13969<br><br>JUDGE:    LORI S. SIMPSON |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST F,<br>　　　　MOVANT,<br>V.<br><br>GREGORY ALLEN KIATTA, JR.,<br>　　　　DEBTOR,<br><br>BROOK J. SCHAEFER<br>　　　　CO-DEBTOR.<br><br>　　　　RESPONDENTS. | MFR: **27** |

## NOTICE OF CURE

**COMES NOW**, WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST F, ("Movant") hereby gives notice that the Debtor cured the default as filed in this case on February 21, 2025 (Doc 48).

Dated: June 02, 2025

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By: /s/ Hugh Andrew Smith
　　　　　　　　　　　　　　　　Hugh Andrew Smith, MDBN 2305170002
　　　　　　　　　　　　　　　　MCMICHAEL TAYLOR GRAY, LLC
　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　3550 Engineering Drive, Suite 260
　　　　　　　　　　　　　　　　Peachtree Corners, GA 30092
　　　　　　　　　　　　　　　　Telephone: 404-474-7149
　　　　　　　　　　　　　　　　Facsimile: 404-745-8121
　　　　　　　　　　　　　　　　E-mail: hsmith@mtglaw.com
　　　　　　　　　　　　　　　　MTG File No.: 23-000424-08

## **CERTIFICATE OF SERVICE**

The undersigned states that on June 02, 2025, copies of the foregoing **NOTICE OF CURE** were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Albert Kaleb Coto
Law Office of Albert Coto, LLC
11510 Georgia Avenue, Suite 225-B
Silver Spring, MD 20902

Timothy P. Branigan
Chapter 13 Trustee
9891 Broken Land Parkway, Suite 301
Columbia, MD 21046

and I hereby certify that I have caused this to be mailed on June 03, 2025 by first class mail, postage prepaid, copies of the foregoing Notice of Cure to the following non-ECF participants:

Gregory A. Kiatta Jr.
3743 6th Street
North Beach, MD 20714

Brook J. Schaefer
3743 6th Street
North Beach, MD 20714


Dated: June 02, 2025

        Respectfully submitted,

        By: /s/ Hugh Andrew Smith
        Hugh Andrew Smith, MDBN 2305170002
        MCMICHAEL TAYLOR GRAY, LLC
        Attorney for Creditor
        3550 Engineering Drive, Suite 260
        Peachtree Corners, GA 30092
        Telephone: 404-474-7149
        Facsimile: 404-745-8121
        E-mail: hsmith@mtglaw.com
        MTG File No.: 23-000424-08